UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-06-449 |
| | § | |
| MARK CLAIRBORNE PENNINGTON | § | |

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel. Because the interests of justice so require, the Federal Public Defender of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

Preliminary hearing is scheduled for: **September 14, 2010 at 9:00 a.m.**

Counsel will be notified electronically via CM/ECF.

ORDERED this 9th day of September, 2010.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE